IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

KELLY KINCAID,

    Plaintiff,

v.

ARSTRAT, LLC,

    Defendant.

Case No. 4:19-cv-00740

## STATUS REPORT REGARDING SETTLEMENT

Pursuant to the Court's June 18, 2019 ORDER to Report [Dkt. #14], Plaintiff submits the following status report[1].

1. On June 17, 2019, an Initial Conference was held [Dkt. #13].

2. The parties stated they were interested in settlement.

3. The following day, Plaintiff made an initial demand.

4. To date, Defendant has not responded.

5. Absent discussions/negotiations, Plaintiff wishes to proceed to discovery.

6. Plaintiff previously exchanged Rule 26(a)(1) Initial Disclosures.

7. Plaintiff anticipates discovery will take four to five months to complete.

DATED: July 1, 2019

Respectfully submitted,

*/s/ Joseph S. Davidson*

Joseph S. Davidson
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200

---

[1] Defendant has not participated/responded to Plaintiff's Counsel's e-mails/phone calls.

1

Lombard, Illinois 60148
+1 630-581-5450
jdavidson@sulaimanlaw.com